**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In Re:

NATALIA MIKAILOVNA PIROGOVA,

    Debtor.
-----------------------------------------------------------X
YURI VLADMIROVICH ROZHKOV,

    Appellant,

-against-

NATALIA MIKAILOVNA PIROGOVA, ET AL.,

    Appellees.
-----------------------------------------------------------X

19 **CIVIL** 231 (LGS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 9, 2020, the Bankruptcy Court's findings and conclusions were not clearly erroneous or even erroneous, and support denial of recognition of the Russian Insolvency Proceeding as a foreign nonmain proceeding. For the foregoing reasons, the judgment of the Bankruptcy Court is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York
         January 9, 2020

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                            **By:** _____
                                                  **Deputy Clerk**